## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. <br> V. <br> SILVESTRE ESPINOZA, et al. | FILED: MAY 5, 2008 <br> 08CV2572     PH <br> JUDGE KOCORAS <br> MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS, INC.

| | |
|---|---|
| NAME (Type or print) <br> Zane D. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/ Zane D. Smith | |
| FIRM <br> Zane D. Smith & Associates, Ltd. | |
| STREET ADDRESS <br> 415 N. LaSalle Street - Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06184814 | TELEPHONE NUMBER <br> 312-245-0031 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐