## *United States District Court for the Northern District of Illinois*

Case Number: _____

Assigned/Issued  By: _____

Judge Name: _____

Designated Magistrate Judge: _____

---

### FEE INFORMATION

***Amount Due:***

☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons

☐ Third Party Summons

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
      (Type of Writ)

☐ Alias Summons

☐ Lis Pendens

☐ Abstract of Judgment

_____
_____
(Victim, Against and $ Amount)

_____Original and _____ copies on _____ as to _____
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05