I.D. 06184818                                                                                              File No. 3900-036

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **08 C 2572** |
| **SILVESTRE ESPINOZA, indv. and d/b/a** ) | |
| **DE PASADA RESTAURANT and** ) | |
| **DE PASADA RESTAURANT,** ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR DEFAULT**

     NOW COME the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Court enter an order of default judgment against Defendants, SILVESTRE ESPINOZA, indv. and d/b/a DE PASADA RESTAURANT and DE PASADA RESTAURANT, and in support thereof, states as follows:

     1.    On May 19, 2008 SILVESTRE ESPINOZA, indv. and d/b/a DE PASADA RESTAURANT and DE PASADA RESTAURANT were served with summons and complaint in this matter (*A copy of the Returns of Service are attached hereto as Exhibit "A"*).

     2.    As of the date of the filing of this motion, Defendants, SILVESTRE ESPINOZA, indv. and d/b/a DE PASADA RESTAURANT and DE PASADA RESTAURANT, have failed to file an appearance and/or answer in this matter.

     WHEREFORE, Plaintiff, J&J SPORTS PRODUCTIONS, INC., pray this Honorable Court enter an order of default judgment against Defendant, SILVESTRE ESPINOZA, indv. and d/b/a DE PASADA RESTAURANT and DE PASADA RESTAURANT and set this matter for a prove up

1

against Defendant, SILVESTRE ESPINOZA, indv. and d/b/a DE PASADA RESTAURANT and DE PASADA RESTAURANT and for any additional relief this Court deems just.

                                                s/Zane D. Smith
                                                Zane D. Smith

## CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 14, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                //s/ Zane D. Smith
                                                Zane D. Smith

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031
(312) 245-0022 - Fax

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

                         V.

Silvestre Espinoza, indv. and d/b/a De Pasada Restaurant and De Pasada Restaurant

CASE NUMBER: 08CV2572

ASSIGNED JUDGE: JUDGE KOCORAS

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

De Pasada Restaurant
c/o Silvestre Espinoza
1519 W. Taylor Street
Chicago, Illinois  60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within  **20**  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK



May 6, 2008
Date

*DE POSADA RESTAURANT*
*08CV 2572*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/19/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *1517 W TAYLOR Chicago IL 60607 c/o Juan Espinoza Manager son of Silvestre Espinoza - owner*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/08
                Date              Signature of Server

4647 W. 103rd St., Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: 08CV2572

V.

ASSIGNED JUDGE: JUDGE KOCORAS

Silvestre Espinoza, indv. and d/b/a De Pasada Restaurant and De Pasada Restaurant

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Silvestre Espinoza
1519 W. Taylor Street
Chicago, Illinois 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_/s/ Paula Harrison_  —  May 6, 2008

(By) DEPUTY CLERK                Date



3900-036

SILVESTRE ESPINOZA
08 CV 2572

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT)<br>Kevin McWilliams | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  1517 W Taylor Chicago IL 60607
c/o Juan Espinosa — son of Silvestre Espinoza

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/08
             Date                    Signature of Server

4647 W. 103rd St., Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.