I.D. 06184818                                                    File No. 3900-036

## UNITED STATES DISTRICT COURT
## NORTHERN  DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **08 C 2572** |
| **SILVESTRE ESPINOZA, indv. and d/b/a** | ) | |
| **DE PASADA RESTAURANT and** | ) | |
| **DE PASADA RESTAURANT,** | ) | **Judge Kocoras** |
| **Defendants.** | ) | |

### NOTICE OF MOTION

**TO:**   Silvestre Espinoza, indv. and d/b/a De Pasada Restaurant
1519 W. Taylor Street
Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that on July 29, 2008  at 9:30 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Charles P. Kocoras or any Judge sitting in his stead in room 1725 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion.

//s/ Zane D. Smith
Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 - Fax

### CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 14, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. A copy has also been sent by U.S. Mail to the above named addressee.  Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

//s/ Zane D. Smith
Zane D. Smith