**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>J & J SPORTS PRODUCTIONS, INC.<br>V.<br>SILVESTRE ESPINOZA, indv. and d/b/a<br>DE PASADA RESTAURANT AND DE PASADA<br>RESTAURANT | Case Number:  08C 2572<br><br>Judge Kocoras |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

DEPASADA RESTAURANT INC, erroneously sued as
SILVESTRE ESPINOZA, indv. and d/b/a DE PASADA RESTAURANT

FILED
8-27-2008
AUG 27 2008
NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| JEROME FELDMAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| JEROME FELDMAN |
| STREET ADDRESS |
| 226 SOUTH WABASH |
| CITY/STATE/ZIP |
| CHICAGO IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00788724 | 312/726-5190 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
|---|---|
| RETAINED COUNSEL | APPOINTED COUNSEL |